| [x] Recording requested by a return to:<br>MARK T. JESSEE SBN 174233<br>LAW OFFICES OF MARK T. JESSEE<br>50 W. Hillcrest Drive, Suite 200<br>Thousand Oaks, CA 91360<br>(805) 497-5868<br>(805) 497-5864 Facsimile | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: JOHN RODNEY SUGGS and TINNIE LUCILLE SUGGS<br><br>Debtor | CASE NUMBER 2:13-BK-31282-RN<br><br>ADVERSARY NUMBER 2:13-ap-02120-RN |
| Advance Inheritance, LLC<br><br>                     Plaintiff<br>vs.<br>John Rodney Suggs<br><br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:
   a. Name and address   John Rodney Suggs
   
   29293 Val Verde Road
   
   Castaic, CA 91384
   
   [ ] Address Unknown
   
   b. Driver's License No.   xxxxxx0938                                     [ ] Unknown
   
   c. Social Security No.   xxx-xx-0873                                     [ ] Unknown

2. The Summons was personally served at, or mailed to (address):
   29293 Val Verde Road, Castaic, CA 91384

3. [ ] Information regarding additional judgment debtors is shown on reverse side.

Dated: 3/31/2014

*(Signature of Judgment Creditor or Attorney)*
MARK T. JESSEE

(Continued on Reverse Side)

Revised February 2010                                                                                          BK-2008

| (SHORT TITLE) In re JOHN RODNEY SUGGS and TINNIE LUCILLE SUGGS | CHAPTER 7 |
|---|---|
| Debtor. | ADVERSARY NO: 2:13-ap-02120- RN |

4. I certify that in the above-entitled action and Court, Judgment was entered on  March 14, 2014 ,

in favor of  ADVANCE INHERITANCE, LLC   and against  JOHN RONDEY SUGGS 

for  $  204,078.60   Principal,

$  32,148.35   Interest,

$  0.00   Attorney's Fees, and

$  293.00   Costs.

A lien in favor of a judgment creditor is:

[x] not endorsed on the judgment.

[ ] endorsed on the judgment as follows:

1. Amount $ 0.00

2. In favor of (name) _____

A stay of execution has:

[x] not been ordered by the Court.

[ ] been ordered by the Court effective until (date): _____

Attested this  (SEAL) 7TH.  day of  APRiL, 2014 

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By  Sheila Moulton 
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MARK T. JESSEE  SBN 174233<br>LAW OFFICES OF MARK T. JESSEE<br>50 W. Hillcrest Drive, Suite 200<br>Thousand Oaks, CA  91360<br>mjessee@jesseelaw.com<br>(805) 497-5868<br>(805) 497-5864 (Facsimile)<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* Plaintiff, Advance Inheritance, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br>MAR 14 2014<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gae        DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>JOHN RODNEY SUGGS and TINNIE LUCILLE SUGGS<br><br>Debtor(s)<br><br>ADVANCE INHERITANCE, LLC<br><br>Plaintiff(s)<br>vs.<br><br>JOHN RODNEY SUGGS<br><br>Defendant(s) | CASE NO.: 2:13-BK-31282-RN<br>CHAPTER: 7<br>ADVERSARY NO.: **2:13-ap-02120-RN**<br><br>**DEFAULT JUDGMENT**<br>**(BASED ON PRIOR JUDGMENT)**<br><br>DATE: 2/20/2014<br>TIME: 9:00 a.m.<br>COURTROOM:1645<br>PLACE: 255 E. Temple St, Los Angeles, CA 90012 |

Based on the Defendant's failure to respond to the complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Advance Inheritance, LLC
   and against Defendant (*specify name*): John Rodney Suggs

2. ☒ The liability resulting from the judgment previously entered in favor of the Plaintiff as described below is determined to be non-dischargeable under:  ☒ Bankruptcy Code § 523(a) (4)
   ☐ Other *(specify):*

   Case: BP089730
   Court: Los Angeles County Superior Court,
   A copy of the underlying judgment is attached an marked as Exhibit 1.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013        Page 1        F 7055-1.2.DEFAULT.JMT.PRIOR

3.  a.  ☒ Plaintiff is awarded costs in the following amount:    $293.00

    b.  ☐ Plaintiff is awarded attorney fees in the following amount:  $_____

    c.  ☒ Plaintiff is granted the following relief *(specify)*: $236,629.95 ($204,078.60 principal, plus interest at 10% per annum from July 24, 2012 totaling $32,148.35 and $293 costs) against John Rodney Suggs which is excepted from discharge under 11 U.S.C. §523(a)(4) on grounds of both defalcation and embezzlement.

    ☐ See attached page

4.  ☐ The court further orders *(specify)*:

    ☐ See attached page

                                ###

Date: March 14, 2014

*[signature]*

Richard M. Neiter
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 2                    F 7055-1.2.DEFAULT.JMT.PRIOR

# EXHIBIT 1

# EXHIBIT 1

1  Alan L Rosen, Esq, SBN 67328
   ROSEN and LOEB
2  2659 Townsgate Road, Suite 136
   Westlake Village, CA 91361
3  (805) 777-0066 x12 ✦ Fax (805) 777-7654

4  Attorneys for Petitioner MABLE ETJEN

FILED
LOS ANGELES SUPERIOR COURT
DEC 22 2011
JOHN A. CLARKE, CLERK
BY _____
V DOVE, DEPUTY

6  SUPERIOR COURT OF THE STATE OF CALIFORNIA

7  IN AND FOR THE COUNTY OF LOS ANGELES

11
   In the Matter of the Estate of    )  CASE NO  BP 089730
12                                    )
                                      )  ORDER CONFIRMING ARBITRATION
13 CLARENCE EDWARD SUGGS              )  AWARD AND FOR ENTRY OF
                                      )  JUDGMENT
14                                    )
                                      )  Date    11/3/11
15        _____Deceased_____          )  Time    8 30 a m
                                         Dept    5
16

17        The Petition of the Successor Administrator Mable Etjen for an Order Confirming

18 Arbitration Award and for Entry of Judgment came on regularly for hearing on November 3,

19 2011, in Department 5, Judge Mitchell L Beckloff, Judge Presiding  Petitioner, Mable Etjen,

20 appeared by Alan L Rosen, Esq, also appearing was Tracy A Stevenson  Respondent, John R

21 Suggs, did not oppose the Petition and did not appear  All notices of the hearing were properly

22 given

23        After considering all evidence, both documentary and oral, the Court rules as follows

24   1    The Arbitration Award dated July 28, 2011, is confirmed in its entirety

25   2    The Court surcharges and enters Judgment against JOHN R SUGGS and in favor

26        of the Estate of Clarence Suggs in the principal sum of $353,995 50 plus interest

27        to the date of the hearing in the sum of $9,213 10 for a total judgment in the sum

28        of $363,208 60

ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

1  It is further ordered that if the amount of this surcharge requires AMERICAN
2  CONTRACTORS INDEMNITY CO to pay the estate a penal sum of $185,000 00 on the
3  AMERICAN CONTRACTORS INDEMNITY CO bond issued to its principal JOHN R
4  SUGGS, then if AMERICAN CONTRACTORS INDEMNITY CO successfully procures an
5  Abstract of Judgment against JOHN R SUGGS for the bond amount paid plus attorney's fees
6  and costs, that AMERICAN CONTRACTORS INDEMNITY CO shall have a first in time lien
7  per CC§2897 over any surcharge order, which may result in an Abstract of Judgment in favor of
8  the Estate as against JOHN R SUGGS

Dated  DEC 22 2011        MITCHELL L. BECKLOFF  Judge
                          _____
                          JUDGE OF THE SUPERIOR COURT



ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT

I certify that this is a true and correct copy of the original ORDER on file in this office

FEB 14 2014

SHERRI R. CARTER, Executive Officer/Clerk of the Superior Court of California County of Los Angeles

By: _____, Deputy
B. CUSO

1  Alan L. Rosen, Esq., SBN 67328
   ROSEN and LOEB
2  2659 Townsgate Road, Suite 136
   Westlake Village, California 91361
3  (805) 777-0066 ❋ Fax (805) 777-7654
4

FILED
Superior Court of California
County of Los Angeles

AUG 30 2012

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
     C. G. Robertson

5  Attorneys for Successor Administrator, Mable Etjen

RECEIVED
AUG 20 2012
PROBATE DEPT
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In the Matter of the Estate of<br><br>CLARENCE EDWARD SUGGS,<br><br><br><br>Deceased | CASE NO. BP 089730<br><br>[PROPOSED] ORDER APPROVING SECOND AND FINAL ACCOUNT AND REPORT AND PETITION FOR FINAL DISTRIBUTION AND FOR ATTORNEY FEES<br><br>DATE: AUGUST 9, 2012<br>TIME: 8:30 A.M.<br>DEPT: 5 |

The Second and Final Account and Report and Petition for Final Distribution and for Attorney Fees herein by Mable Etjen, as Personal Representative of the State of Clarence Edward Suggs, came on regularly for hearing on August 9, 2012 at 8:30 a.m., in Department 5 of the above-entitled court, the Honorable Brenda Penny, Judge Pro Tem presiding

The Court finds from the proof made to the satisfaction of the Court that

1   Notice of the time and place for hearing of the report and petition has been duly given as required by law

2   The report and petition is full, verified, true and correct, and all allegations

---

ORDER APPROVING SECOND AND FINAL ACCOUNT AND REPORT AND PETITION FOR FINAL DISTRIBUTION AND FOR ATTORNEY FEES

1  therein are true

2      3      All federal estate taxes, if any, and all personal property taxes due and payable
3  in said estate have been paid

4      4      The report should be settled and distribution ordered as prayed

5

6      IT IS ORDERED AND DECREED AS FOLLOWS by the Court that due notice
7  to the creditors of said Decedent has been given, that said Personal Representative has in her
8  possession belonging to said estate, after deducting the credits to which she is entitled to, a
9  balance of $468,173.49.

10     The assets listed herein are valued at the appraisement and said account is hereby
11  approved, allowed and settled accordingly

12     1      The sum of $10,203.50 as fees for ordinary services and rendered to the Estate
13  to be paid to Mable Etjen

14     2      The sum of $9,203.50 for statutory attorney fees to be paid to Rosen and Loeb
15  and $1,000.00 to David Huffaker, Esq., for statutory attorney fees

16     3      The sum of $21,150.00 to Rosen and Loeb for extraordinary attorney fees
17  rendered to the estate

18     4      The Personal Representative is authorized and ordered to distribute the
19  following

| | | |
|---|---|---|
| MABLE ETJEN | Cash in the approximate sum of | $111,000.00 |
| RICHARD SUGGS | Cash in the approximate sum of | 52,500.00 |
| | and payment to ADVANCE INHERITANCE, LLC | 58,500.00 |
| JOHN SUGGS | Cash in the approximate sum of | 0.00 |
| ADVANCE INHERITANCE, LLC "Distribution of any and all rights to the Order Confirming Arbitration Award and For Entry of Judgment entered against John Suggs on 12-22-11, including that certain Abstract of the | | 204,078.60 |

ORDER APPROVING SECOND AND FINAL ACCOUNT AND REPORT AND PETITION FOR FINAL
DISTRIBUTION AND FOR ATTORNEY FEES

1   Judgment recorded in the Los Angeles county Recorder's
    Office on 4-30-12 as instrument number 20120634262"

2   5   All after acquired property shall be distributed equally to all beneficiaries

5   DATED  AUG 30 2012               
6                                    _____
                                     JUDGE OF THE SUPERIOR COURT

7                                    BRENDA J. PENNY  , PRO TEMPORE

I certify that this is a true and correct copy of the
original __ORDER__ on file in this office consisting
of _5_ pages. JOHN A. CLARKE, Executive Officer/Clerk of the
Superior Court of California, County of Los Angeles.
Dat_SEP 2 8 2012_ By_____ Deputy

D WADE

ORDER APPROVING SECOND AND FINAL ACCOUNT AND REPORT AND PETITION FOR FINAL
DISTRIBUTION AND FOR ATTORNEY FEES

Alan L. Rosen, Esq., SBN: 67328
ROSEN and LOEB
2659 Townsgate Road, Suite 136
Westlake Village, CA 91361
(805) 777-0066 x12 ✦ Fax (805) 777-7654

Attorneys for Petitioner MABLE ETJEN



FILED
Superior Court of California
County of Los Angeles

SEP 21 2012

John A. Clarke, Executive Officer/Clerk
By_____, Deputy
    A. Watts

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

In the Matter of the Estate of:                 )   CASE NO. BP 089730  by Fax
                                                )
CLARENCE EDWARD SUGGS                           )   ASSIGNMENT OF JUDGMENT
                                                )
                                                )
_____Deceased._____         )

For valuable consideration, receipt of which is hereby acknowledged, and pursuant to the *Order Approving Second and Final Account and Report and Petition for Final Distribution and for Attorney Fees* entered by the Los Angeles Superior Court on August 30, 2012, MABLE ETJEN, SUCCESSOR ADMINISTRATOR OF THE ESTATE OF CLARENCE EDWARD SUGGS, hereby irrevocably assigns and transfers all title, right and interest in that certain *Order Confirming Arbitration Award and for Entry of Judgment entered against John R. Suggs* on December 22, 2011, as against John R. Suggs upon which an Abstract of Judgment was recorded on April 30, 2012 in the Los Angeles County Recorder's Office as Instrument No. 20120634262, to ADVANCE INHERITANCE, LLC, 7301 Topanga Canyon Blvd., Suite 202, Canoga Park, CA 91303, telephone 818-407-5070, and further warrants that $204,078.60 of the Judgment remains unpaid, is due and owing plus accrued interest of 10% per annum from July 24, 2012, to the date of satisfaction of said Judgment.

I hereby verify that by virtue of the above-referenced transfer, Assignee is authorized to collect, compromise, settle and enforce judgment in full.

Dated 9-10-12

_____
MABLE ETJEN, SUCCESSOR
ADMINISTRATOR OF THE ESTATE
OF CLARENCE EDWARD SUGGS

ASSIGNMENT OF JUDGMENT

1  STATE OF NEVADA                    )
2  COUNTY OF __Clark__                ) ss

3
   On _September 10, 2012_ before me, _Sara Garcia_ a Notary Public
4  in and for said State, personally appeared MABLE LTJLN, who proved to me on the basis
   of satisfactory evidence to be the person whose name is subscribed to the within instrument
5  and acknowledged to me that she executed the same in her authorized capacity, and that by
   her signature on the instrument the person, or the entity upon behalf of which the person
6  acted, executed the instrument

7  I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ _Nevada_ that the
   foregoing paragraph is true and correct
8
   WITNESS my hand and official seal
9

10 _Sara Garcia_                    _Clark Nevada_
11 Notary Public in and for said County and State

**SARA GARCIA**
Notary Public • State of Nevada
Appointment Recorded in Clark County
No 09-10823-1 Expires June 20, 2015

I certify that this is a true and correct copy of the
original _ASSIGNMENT_ on file in this office consisting
of ___ pages. JOHN A. CLARKE, Executive Officer/Clerk of the
Superior Court of California, County of Los Angeles
Date: SEP 28 2012  By: _____, Deputy
D WADE

ASSIGNMENT OF JUDGMENT